UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE FORECLOSURE CASES )   CASE NO.1:07CV2282
)             07CV2313
)             07CV2532
)             07CV2560
)             07CV2565
)             07CV2602
)             07CV2631
)             07CV2638
)             07CV2681
)             07CV2695
)             07CV2703
)             07CV2836
)             07CV2920
)             07CV2930
)             07CV2943
)             07CV2949
)             07CV2950
)             07CV3000
)             07CV3029
)
)   JUDGE CHRISTOPHER A. BOYKO
)
)
)
)
)
)   ORDER

**CHRISTOPHER A BOYKO, J:**

Since the Plaintiff bears the burden of establishing federal diversity jurisdiction as well as

standing to bring an action, Plaintiff is Ordered, by October 17, 2007, to file a copy of the

executed Assignment demonstrating Plaintiff was the holder and owner of the Note and

Mortgage *as of the date the Complaint was filed*, or the Court will dismiss the Complaint.

IT IS SO ORDERED.

10/10/07

Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED

OCT 1 0 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND